HENRY T. CLARKE V. ROBERT WALKER ET AL.

[FILED NOVEMBER 16, 1892.]

ERROR to the district court for Custer county.  Tried below before HAMER, J.

*Henry M. Kidder*, for plaintiff in error.

*J. C. Porter*, and *M. McSherry, contra.*

MAXWELL, CH. J.

The questions involved in this case are substantially the same as in the case of *Lee, Fried & Co. v. Walker, ante,* p. 689, just decided, and the same decision will be rendered in this case as in that.  The judgment. is reversed and the cause remanded to the district court for further proceedings.

REVERSED AND REMANDED.

THE other judges concur.